UNITED STATES DISTRICT COURT DISTRICT OF DELAWARE

ALTON CANNON )  CASE NO. 07-662
)
Plaintiff )
)  Jury trial
V. )  Requested
)
News Journal )
)  ☐ ORIGINAL
Defendant )
)
)
)

## Amendment Complaint

Comes Now, (Plaintiff) Alton Cannon respectfully seeks the Amendment of his complaint, due to a "discrepancy" within his complaint pursuant to (Title VII- of The Civil Rights Act of 1964) dated: (10-22-07). As Follows (see No. (7) it needs to be changed to 17th, 10, 07. Relating (DAY) (month) (year) to date Plaintiff Filed complaint initially at the Dept. of Labor.) see No (8.) it needs to be changed to 17th, 10, 07. Relating (DAY) (month) (year) to date charge was Filed with the (EEOC).

FILED 2007 OCT 26 AM 11:02 CLERK, U.S. DISTRICT COURT DISTRICT OF DELAWARE

Signed: Alton Cannon            Dated: 10-26-07